IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Carlos & Margarita Baldoceda | ) | Bankruptcy No. 13 B 48387 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Janet S. Baer |
| | ) | |

### DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019

NOW COME the Debtors, Carlos G. Baldoceda and Margarita A. Baldoceda, and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 11 on December 19, 2003.

2. The case was converted to a Chapter 7 on the motion of the Debtors on March 18, 2014.

3. The Debtor incurred the following debts after the filing of the petition and before conversion of the case:

None

5. The Debtor obtained the following property after the filing of the petition and before conversion of the case: None, except income reported in the monthly reports filed by the Debtor

6. The Debtor entered into the following executory contracts and unexpired leases after the filing of the petition and before conversion of the case:    NONE

Carlos G. Baldoceda and Margarita A. Baldoceda, Debtors in Possession, make the foregoing final report and account pursuant to Rule 1019(5)(A) of the Federal Rules of Bankruptcy Procedure, under penalty of perjury.

Respectfully submitted,

_____
Carlos G. Baldoceda

_____
Margarita A. Baldoceda

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265