# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| CARLOS G. BALDOCEDA | § | Case No. 13-48387 |
| MARGARITA A. BALDOCEDA | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 11 of the United States Bankruptcy Code was filed on 12/19/2013 .  The case was converted to one under Chapter 7 on  03/18/2014 .  The undersigned trustee was appointed on  03/19/2014 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of             $         180,855.25

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 101,848.61 |
| Bank service fees | 4,073.11 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          74,933.53

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  04/14/2015  and the deadline for filing governmental claims was  04/14/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 12,292.76 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 12,292.76 , for a total compensation of $ 12,292.76 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 22.00 , for total expenses of $ 22.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/21/2019                   By:/s/BRENDA PORTER HELMS, TRUSTEE
                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | |
|---|---|
| Case No: | 13-48387   DLT |
| Case Name: | CARLOS G. BALDOCEDA |
| | MARGARITA A. BALDOCEDA |
| For Period Ending: | 01/21/2019 |

| | |
|---|---|
| Judge: | Deborah L. Thorne |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Date Filed (f) or Converted (c): | 03/18/2014 (c) |
| 341(a) Meeting Date: | 04/15/2014 |
| Claims Bar Date: | 04/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence: 224 Indian Trail Rd., Oakbrook, IL 6052 | 1,400,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account w/Banco Popular | 200.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account with Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous<br><br>Trustee determined asset was of no value to Estate | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 5. Miscellaneous | 700.00 | 0.00 | | 0.00 | FA |
| 6. 1999 Toyota Land Cruiser<br><br>Trustee determined asset of no value to estate | 8,400.00 | 3,700.00 | | 0.00 | FA |
| 7. 1999 Lexus RX 300 | 3,500.00 | 0.00 | | 0.00 | FA |
| 8. 1999 Jaguar X58<br><br>Trustee determined asset of no value to Estate | 1,675.00 | 100.00 | | 0.00 | FA |
| 9. Trust account held by B. Faermark, Debtor's attorney (u)<br><br>Debtor's interest in account uncertain. Amount presently unknown.<br><br>Trustee initiated an adversary proceeding against the lawfirm for recovery of property of the Estate and avoidance and recovery of post-petition trasnfers.  Pursuant to this Court's order dated  11/25/14 [Dkt. 108], Faermark was directed to turnove $13,887.00 representing the balance of the escrow account as of the conversion date ($11,887.00) and an additional $2,000.00 in settlement of post-petition transfers received.<br>In addition, Trustee initiated an adversary proceeding against Forum Tax and Accounting Services for avoidance and recovery of a post-petition transfer from the funds held by B. Faermark.  Pusuant to this Court's order dated 11/25/14 [Dkt. 108], Forum was directed to turnover $6,000.00 in settlement of post-petition transfers received. | 0.00 | N/A | | 20,277.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-48387 | DLT | Judge: | Deborah L. Thorne | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | CARLOS G. BALDOCEDA | | | | Date Filed (f) or Converted (c): | 03/18/2014 (c) |
| | MARGARITA A. BALDOCEDA | | | | 341(a) Meeting Date: | 04/15/2014 |
| For Period Ending: | 01/21/2019 | | | | Claims Bar Date: | 04/14/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10.  Stock in Cimarex Energy (u) | Unknown | 0.00 | | 12,453.25 | FA |
| Sold per order 8/18/17 [Dkt. 178] | | | | | |
| 11.  Mortgage to Scott Winslow (u) | Unknown | Unknown | | 10,000.00 | FA |
| 12.  Fraudulent transfer v Blanca and Ursula Baldoceda (u) | 0.00 | Unknown | | 108,125.00 | FA |
| Settled per court orders 9/1/15 [dkt nos. 122, 123] | | | | | |
| 13.  Claims v. Xia (u) | 0.00 | Unknown | | 30,000.00 | FA |
| Settled per order 4/21/06 [dkt. 143] | | | | | |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,416,575.00 | $4,800.00 | | $180,855.25 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/30/18:  Trustee is dealing with issues raised in tax return by IRS. IRS requires that two tax returns be filed. Estimated completion 11/15/18.

8/7/18:  Trustee liquidated stock.  Report of sale filed [Dkt. 178].  Trustee resolved claims issues.  Trustee retained accountants and prepared and filed Estate tax returns.

9/30/17:  Liquidation of stock pending.  Settlement agent has demanded certified copy of court order approving sale; Trustee has requested same.

9/30/16:  Settlement reached with Dr. Xia and money collected.  Waiting for liquidation of stock

9/30/15:  Attorney for estate hired.  Two adversary complaints filed for turnover of funds. Investigation continues.
Two adversaries settled.  2004 exam of Dr. Xia scheduled for 10/27/15.

Initial Projected Date of Final Report (TFR): 12/31/2016       Current Projected Date of Final Report (TFR): 01/31/2019

Exhibit A

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-48387
Case Name: CARLOS G. BALDOCEDA
MARGARITA A. BALDOCEDA

Taxpayer ID No: XX-XXX7319
For Period Ending: 01/21/2019

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3672
Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $10.00 | ($10.00) |
| 11/20/14 | 9 | FORUM TAX AND ACCOUNTING SERVICES | settlement of fradulent transfer pursuant to order 11/25/14 [dkt 108] | 1229-000 | $6,400.00 | | $6,390.00 |
| 11/20/14 | 9 | FAERMARK & WILLIMAS LLC | Settlement of fraudlent transfer pursuant to order 11/25/14 [dkt 108] | 1229-000 | $2,000.00 | | $8,390.00 |
| 11/20/14 | 9 | FAERMARK & WILLIAMS LLC | Settlement of fraudulent transfer pursuant to order 11/25/14 [dkt 108] | 1229-000 | $11,877.00 | | $20,267.00 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $29.15 | $20,237.85 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $30.09 | $20,207.76 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $30.04 | $20,177.72 |
| 02/19/15 | 10001 | ARTHUR B. LEVINE COMPANY | bond premium | 2300-000 | | $14.43 | $20,163.29 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $27.10 | $20,136.19 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $29.94 | $20,106.25 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $28.93 | $20,077.32 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.85 | $20,047.47 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $28.84 | $20,018.63 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $29.76 | $19,988.87 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals:  $20,277.00   $288.13

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 13-48387 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE | Exhibit B |
| Case Name: CARLOS G. BALDOCEDA | Bank Name: Associated Bank | |
| MARGARITA A. BALDOCEDA | Account Number/CD#: XXXXXX3672 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX7319 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/21/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $29.72 | $19,959.15 |
| 09/14/15 | 12 | Weissberg & Associates Ltd | Settlement payment regarding Settlement with Canli per order 9/1/15 [dkt 122] | 1241-000 | $18,125.00 | | $38,084.15 |
| 09/17/15 | 12 | Michael J. Dobbins | Settlement of adversary complaint pursuant to order 9/1/15 [dkt 123] | 1241-000 | $90,000.00 | | $128,084.15 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $103.90 | $127,980.25 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $190.25 | $127,790.00 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $183.85 | $127,606.15 |
| 12/10/15 | 10002 | Arnstein & Lehr LLP | docket #141 dated 12/9/15 | 3210-000 | | $50,000.00 | $77,606.15 |
| 12/10/15 | 10003 | Arnstein & Lehr LLP | docket #131 dated 12/9/15 | 3220-000 | | $1,215.15 | $76,391.00 |
| 12/23/15 | 11 | Greater Metropolitan Title | mortgage payoff pursuant to order 12/16/15 [dkt 132] | 1221-000 | $10,000.00 | | $86,391.00 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $149.83 | $86,241.17 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $128.23 | $86,112.94 |
| 02/25/16 | 10004 | Adams-Levine | Bond #10BSBGR6291 | 2300-000 | | $75.27 | $86,037.67 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $119.76 | $85,917.91 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*   Page Subtotals:   $118,125.00   $52,195.96

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 13-48387 | | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CARLOS G. BALDOCEDA | | | Bank Name: | Associated Bank |
| MARGARITA A. BALDOCEDA | | | Account Number/CD#: | XXXXXX3672 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7319 | | | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 01/21/2019 | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $127.73 | $85,790.18 |
| 05/04/16 | 13 | Carlos Baldoceda/Tian Medical LLC | Settlement proceeds per order 4/21/16 [dkt. 143]] | 1241-000 | $30,000.00 | | $115,790.18 |
| 05/06/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $123.43 | $115,666.75 |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $167.63 | $115,499.12 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $166.18 | $115,332.94 |
| 07/14/16 | 10005 | Arnstein & Lehr LLP | Attorney fees Per order 7/13/16 [dkt 151] | 3210-000 | | $50,000.00 | $65,332.94 |
| 07/14/16 | 10006 | Arnstein & Lehr LLP | Attorneys expenses Per order 7/13/16 [dkt 151] | 3220-000 | | $220.00 | $65,112.94 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.77 | $64,975.17 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.60 | $64,878.57 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.35 | $64,785.22 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.32 | $64,688.90 |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.07 | $64,595.83 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.04 | $64,499.79 |

| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $30,000.00 | $51,418.12 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 13-48387 | Trustee Name: BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CARLOS G. BALDOCEDA | Bank Name: Associated Bank |
| MARGARITA A. BALDOCEDA | Account Number/CD#: XXXXXX3672 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX7319 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/21/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.90 | $64,403.89 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.49 | $64,317.40 |
| 03/09/17 | 10007 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond #016073584 Reversal check printed without MICR cartridge | 2300-000 | | ($26.68) | $64,344.08 |
| 03/09/17 | 10007 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond #016073584 | 2300-000 | | $26.68 | $64,317.40 |
| 03/09/17 | 10008 | INTERNATIONAL SURETIES 701 Polydras St. #420 New Orleans, LA  70139 | Bond # 016073584 | 2300-000 | | $26.68 | $64,290.72 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.61 | $64,195.11 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.36 | $64,102.75 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.29 | $64,007.46 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $92.09 | $63,915.37 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $95.04 | $63,820.33 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $94.88 | $63,725.45 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $91.69 | $63,633.76 |

| | Page Subtotals: | $0.00 | $866.03 |
|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | Exhibit B |
|---|---|---|
| Case No: 13-48387 | Trustee Name:  BRENDA PORTER HELMS, TRUSTEE | |
| Case Name:  CARLOS G. BALDOCEDA | Bank Name:  Associated Bank | |
| MARGARITA A. BALDOCEDA | Account Number/CD#:  XXXXXX3672 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No:  XX-XXX7319 | Blanket Bond (per case limit):  $5,000,000.00 | |
| For Period Ending:  01/21/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $94.60 | $63,539.16 |
| 11/09/17 | | Wayne Hummer | Liquidation of stock per order dated 8/18/17 [Dkt. 162] | | | $12,185.51 | | $75,724.67 |
| | | | Gross Receipts | $12,453.25 | | | | |
| | | Wayne Hummer | commission | ($267.74) | 3991-000 | | | |
| | 10 | | Stock in Cimarex Energy | $12,453.25 | 1229-000 | | | |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $104.27 | $75,620.40 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $112.42 | $75,507.98 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $112.27 | $75,395.71 |
| 02/28/18 | 10009 | INTERNATIONAL SURETIES LTD International Sureties Ltd | #016073584 | | 2300-000 | | $29.34 | $75,366.37 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $101.25 | $75,265.12 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $111.90 | $75,153.22 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $108.12 | $75,045.10 |
| 06/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | | 2600-000 | | $111.57 | $74,933.53 |
| 12/13/18 | | Transfer to Acct # xxxxxx0034 | Transfer of Funds | | 9999-000 | | $74,933.53 | $0.00 |

| | | | | |
|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 10)* | Page Subtotals: | | $12,185.51 | $75,819.27 |

Exhibit B

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $180,587.51 | $180,587.51 |
| Less: Bank Transfers/CD's | $0.00 | $74,933.53 |
| Subtotal | $180,587.51 | $105,653.98 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $180,587.51 | $105,653.98 |

Page Subtotals:                              $0.00                $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: 13-48387 | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: CARLOS G. BALDOCEDA | Bank Name: | Axos Bank |
| MARGARITA A. BALDOCEDA | Account Number/CD#: | XXXXXX0034 |
| | | Checking |
| Taxpayer ID No: XX-XXX7319 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 01/21/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/13/18 | | Transfer from Acct # xxxxxx3672 | Transfer of Funds | 9999-000 | $74,933.53 | | $74,933.53 |

| | | | |
|---|---|---|---|
| | COLUMN TOTALS | $74,933.53 | $0.00 |
| | Less: Bank Transfers/CD's | $74,933.53 | $0.00 |
| | Subtotal | $0.00 | $0.00 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*          Page Subtotals:          $74,933.53          $0.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0034 - Checking | $0.00 | $0.00 | $74,933.53 |
| XXXXXX3672 - Checking Account (Non-Interest Earn | $180,587.51 | $105,653.98 | $0.00 |
| | $180,587.51 | $105,653.98 | $74,933.53 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $267.74 |
| Total Net Deposits: | $180,587.51 |
| Total Gross Receipts: | $180,855.25 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-48387-JSB                                                    Date: January 21, 2019
Debtor Name: CARLOS G. BALDOCEDA
Claims Bar Date: 4/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL  60625 | Administrative | Final trustee compensation requested | $0.00 | $12,292.76 | $12,292.76 |
| 100 2200 | THE HELMS LAW FIRM PC 3400 W. LAWRENCE AVENUE CHICAGO, IL  60625 | Administrative | Final Trustee expenses requested | $0.00 | $22.00 | $22.00 |
| BOND 100 2300 | INTERNATIONAL SURETIES LTD 701 Polydras St. #420 New Orleans, LA  70139 | Administrative | | $0.00 | $56.02 | $56.02 |
| BOND 999 2300 | Levine Bond company Levine Bond company | Administrative | | $0.00 | $89.70 | $89.70 |
| 100 2700 | CLERK OF THE US BANKRUPTCY COURT 219 S. DEARBORN CHICAGO, IL  60604 | Administrative | Deferred fees owed [Dkt. 176] | $0.00 | $700.00 | $700.00 |
| 15 100 2990 | OFFICE OF THE US TRUSTEE <B>(ADMINISTRATIVE)</B> 219 S DEARBORN ST ROOM 873 CHICAGO, IL 60604 | Administrative | Claim withdrawn 8/3/18 [dkt 177] | $0.00 | $0.00 | $0.00 |
| 100 3210 | Saul Ewing Arnstein & Lehr | Administrative | 1st interim fees awarded in the amount of $95,806.00 per order dated 12/9/15 [Dkt. 131]; Trustee authorized to pay $50,000.00 of the interim compensation awarded Final fees awarded in the amount of $21,038.50 per order 7/13/16 [Dkt. 151]; Trustee authorized to pay the final fees awarded and the unpaid balance of the interim compensation awarded (Trustee paid additional $50,000 to fees awarded; $16,844.50 remains unpaid) | $0.00 | $116,844.50 | $116,844.50 |

Printed: January 21, 2019

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-48387-JSB                                                                    Date: January 21, 2019
Debtor Name: CARLOS G. BALDOCEDA
Claims Bar Date: 4/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 3220 | Saul Ewing Arnstein & Lehr | Administrative | | $0.00 | $2,053.90 | $2,053.90 |
| | | | 1st interim expenses awarded in the amount of $1,833.90 per order dated 12/9/15 [Dkt. 131]; Trustee authorized to pay $1,215.15 of the interim expenses awarded<br>Final expenses awarded in the amount of $220.00 per order 7/13/16 [Dkt. 151]; Trustee authorized to pay the final expenses awarded and the unpaid balance of the interim expenses awarded (Trustee paid additional $220.00 of the expenses awarded, $618.75 remains unpaid.) | | | |
| 100 3410 | ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | Final fees requested by Trustee's accountant | $0.00 | $5,111.20 | $5,111.20 |
| 100 3420 | ALAN D. LASKO & ASSOCIATES<br>29 S. LaSalle St., Suite 1240<br>Chicago, IL 60603 | Administrative | Final expenses requested by Trustee's accountants | $0.00 | $130.12 | $130.12 |
| 100 3991 | Wayne Hummer | Administrative | Order dated 8/18/17 [Dkt. 162] allowing commission, of $300 or less, from proceeds of sale of Cimarex Energy stock | $0.00 | $267.74 | $267.74 |
| 8 400 4300 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA, PA 19101-7346 | Secured | | $0.00 | $308,127.27 | $308,127.27 |
| 3 280 5800 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | | $0.00 | $63,179.55 | $63,179.55 |
| 8 280 5800 | DEPARTMENT OF THE TREASURY<br>INTERNAL REVENUE SERVICE<br>POB 7346<br>PHILADELPHIA, PA 19101-7346 | Priority | | $0.00 | $441,352.26 | $441,352.26 |
| 1 300 7100 | QUANTUM3 GROUP LLC AS AGENT FOR<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured | | $0.00 | $1,884.14 | $1,884.14 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-48387-JSB

Debtor Name: CARLOS G. BALDOCEDA

Date: January 21, 2019

Claims Bar Date: 4/14/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 2<br>300<br>7100 | BANCO POPULAR OF NORTH AMERICA<br>8523 COMMODITY CIR STE 100<br>ORLANDO FL 32819 | Unsecured | Value of secured claim determined to be $0; claim allowed as unsecured in the amount of $1,245.60 per order dated 3/2/18 [Dkt. 174] | $0.00 | $1,245.60 | $1,245.60 |
| 4<br>300<br>7100 | BMO HARRIS BANK N. A.<br>ATTN: RETAIL COLLECTIONS<br>BRK-180-RC<br>770 N. WATER ST.<br>MILWAUKEE, WI 53202-3593 | Unsecured | Claim amended 3/1/18 to assert unsecured claim in amount of $1,099,989.39 | $0.00 | $1,099,989.39 | $1,099,989.39 |
| 5<br>300<br>7100 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $4,093.19 | $4,093.19 |
| 6<br>300<br>7100 | MUCH SHELIST, P.C.<br>C/O NORMAN B. NEWMAN<br>191 N. WACKER DR., #1800<br>CHICAGO, IL 60606 | Unsecured | | $0.00 | $24,281.99 | $24,281.99 |
| 7<br>300<br>7100 | SHAW FISHMAN GLANTZ & TOWBIN LLC<br>321 N. CLARK ST., STE. 800<br>CHICAGO, IL 60657 | Unsecured | | $0.00 | $18,745.33 | $18,745.33 |
| 9<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>NORFOLK, VA 23541 | Unsecured | | $0.00 | $20,277.11 | $20,277.11 |
| 10<br>300<br>7100 | CACH ,LLC<br>4340 S. MONACO STREET, 2ND FLOOR<br>DENVER, CO 80237 | Unsecured | | $0.00 | $4,470.29 | $4,470.29 |
| 11<br>300<br>7100 | CACH ,LLC<br>4340 S. MONACO STREET, 2ND FLOOR<br>DENVER, CO 80237 | Unsecured | | $0.00 | $11,484.24 | $11,484.24 |
| 12<br>300<br>7100 | KEYNOTE CONSULTING INC<br>220 CAMPUS DR #102<br>ARLINGTON HEIGHTS IL 60004 | Unsecured | | $0.00 | $1,414.80 | $1,414.80 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 1:13-48387-JSB

Debtor Name: CARLOS G. BALDOCEDA

Claims Bar Date: 4/14/2015

Date: January 21, 2019

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO FIA CARD SERVICES, N.A. PO BOX 41067 NORFOLK, VA 23541 | Unsecured | | $0.00 | $5,562.87 | $5,562.87 |
| 14<br>300<br>7100 | PORTFOLIO RECOVERY ASSOCIATES, LLC SUCCESSOR TO FIA CARD SERVICES, N.A. PO BOX 41067 NORFOLK, VA 23541 | Unsecured | | $0.00 | $12,071.36 | $12,071.36 |
| 16<br>300<br>7100 | CAPITAL ONE BANK (USA), N.A. PO BOX 71083 CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $5,141.85 | $5,141.85 |
| 17<br>300<br>7100 | NORTH PORT UTILITIES 4970 CITY HALL BLVD. NORTH PORT, FL 34286 | Unsecured | | $0.00 | $1,308.27 | $1,308.27 |
| 18<br>300<br>7100 | BANKERS HEALTHCARE GROUP INC C/O DAVID A. NEWBY COMAN & ANDERSON, P.C. 650 WARRENVILLE, STE. 500 LISLE, IL 60532 | Unsecured | Claim amended 4/15/15 | $0.00 | $217,049.54 | $217,049.54 |
| 19<br>300<br>7100 | CHICAGO TITLE INSURANCE COMPANY C/O RICHARD W. MCLAREN, JR. FIDELITY NATIONAL LAW GROUP 10 S. LASALLE ST., SUITE 2750 CHICAGO, IL 60603 | Unsecured | | $0.00 | $2,414,446.60 | $2,414,446.60 |
| 20<br>300<br>7100 | NORTH PORT UTILITIES 4970 CITY HALL BLVD. NORTH PORT, FL 34286 | Unsecured | | $0.00 | $1,308.27 | $1,308.27 |
| | Case Totals | | | $0.00 | $4,795,001.86 | $4,795,001.86 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: January 21, 2019

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-48387
Case Name: CARLOS G. BALDOCEDA
           MARGARITA A. BALDOCEDA
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

| | | |
|---|---|---|
| Balance on hand | $ | 74,933.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | DEPARTMENT OF THE TREASURY | $ 308,127.27 | $ 308,127.27 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 74,933.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 12,292.76 | $ 0.00 | $ 12,292.76 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 22.00 | $ 0.00 | $ 22.00 |
| Attorney for Trustee Fees: Saul Ewing Arnstein & Lehr | $ 116,844.50 | $ 100,000.00 | $ 16,844.50 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ 5,111.20 | $ 0.00 | $ 5,111.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ 130.12 | $ 0.00 | $ 130.12 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: INTERNATIONAL SURETIES LTD | $ 56.02 | $ 56.02 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: OFFICE OF THE US TRUSTEE | $           0.00 | $           0.00 | $           0.00 |
| Other: Saul Ewing Arnstein & Lehr | $      2,053.90 | $      1,435.15 | $        618.75 |
| Other: Levine Bond company | $         89.70 | $         89.70 | $           0.00 |
| Other: Wayne Hummer | $        267.74 | $        267.74 | $           0.00 |

Total to be paid for chapter 7 administrative expenses    $_____35,719.33

Remaining Balance    $_____39,214.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 504,531.81  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ILLINOIS DEPARTMENT OF REVENUE | $      63,179.55 | $           0.00 | $      4,910.56 |
| 8 | DEPARTMENT OF THE TREASURY | $     441,352.26 | $           0.00 | $     34,303.64 |

Total to be paid to priority creditors    $_____39,214.20

Remaining Balance    $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,844,774.84  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if

applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,884.14 | $ 0.00 | $ 0.00 |
| 2 | BANCO POPULAR OF NORTH AMERICA | $ 1,245.60 | $ 0.00 | $ 0.00 |
| 4 | BMO HARRIS BANK N. A. | $ 1,099,989.39 | $ 0.00 | $ 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 4,093.19 | $ 0.00 | $ 0.00 |
| 6 | MUCH SHELIST, P.C. | $ 24,281.99 | $ 0.00 | $ 0.00 |
| 7 | SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 18,745.33 | $ 0.00 | $ 0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 20,277.11 | $ 0.00 | $ 0.00 |
| 10 | CACH ,LLC | $ 4,470.29 | $ 0.00 | $ 0.00 |
| 11 | CACH ,LLC | $ 11,484.24 | $ 0.00 | $ 0.00 |
| 12 | KEYNOTE CONSULTING INC | $ 1,414.80 | $ 0.00 | $ 0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 5,562.87 | $ 0.00 | $ 0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 12,071.36 | $ 0.00 | $ 0.00 |
| 16 | CAPITAL ONE BANK (USA), N.A. | $ 5,141.85 | $ 0.00 | $ 0.00 |
| 17 | NORTH PORT UTILITIES | $ 1,308.27 | $ 0.00 | $ 0.00 |
| 18 | BANKERS HEALTHCARE GROUP INC | $ 217,049.54 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 19 | CHICAGO TITLE INSURANCE COMPANY | $    2,414,446.60 | $    0.00 | $    0.00 |
| 20 | NORTH PORT UTILITIES | $    1,308.27 | $    0.00 | $    0.00 |

Total to be paid to timely general unsecured creditors $_____ 0.00

Remaining Balance $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE