IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 13-48387 |
| | ) | |
| CRLOS AND MARGARITA BALDOCEDA | ) | HON. JANET S. BAER |
| | ) | BANKRUPTCY JUDGE |

CERTIFICATE OF SERVICE

The undersigned certifies that she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object to be served upon the parties listed on the attached Service List, by depositing a copy of same, postage prepaid, in the U.S. Mail, on this 27th day of March, 2019 at 3400 W. Lawrence Ave., Chicago, Illinois.

/s/ Brenda Porter Helms

Brenda Porter Helms
#6184302
The Helms Law Firm, P.C.
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In Re: | § | |
| --- | --- | --- |
| | § | |
| CARLOS G. BALDOCEDA | § | Case No. 13-48387 |
| MARGARITA A. BALDOCEDA | § | |
| | § | |
| Debtors | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 a.m. on May 3, 2019 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/27/2019        By: /s/ Brenda Porter Helms
                                            Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| CARLOS G. BALDOCEDA | § | Case No. 13-48387 |
| MARGARITA A. BALDOCEDA | § | |
| | § | |
| Debtors | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 180,855.25 |
| and approved disbursements of | $ | 105,921.72 |
| leaving a balance on hand of[1] | $ | 74,933.53 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 8 | DEPARTMENT OF THE TREASURY | $ 308,127.27 | $ 308,127.27 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 74,933.53 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THE HELMS LAW FIRM PC | $ 12,292.76 | $ 0.00 | $ 12,292.76 |
| Trustee Expenses: THE HELMS LAW FIRM PC | $ 22.00 | $ 0.00 | $ 22.00 |
| Attorney for Trustee Fees: Saul Ewing Arnstein & Lehr | $ 116,844.50 | $ 100,000.00 | $ 16,844.50 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES | $ 5,111.20 | $ 0.00 | $ 5,111.20 |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES | $ 130.12 | $ 0.00 | $ 130.12 |
| Charges: CLERK OF THE US BANKRUPTCY COURT | $ 700.00 | $ 0.00 | $ 700.00 |
| Other: INTERNATIONAL SURETIES LTD | $ 56.02 | $ 56.02 | $ 0.00 |
| Other: Levine Bond company | $ 89.70 | $ 89.70 | $ 0.00 |
| Other: Saul Ewing Arnstein & Lehr | $ 2,053.90 | $ 1,435.15 | $ 618.75 |
| Other: Wayne Hummer | $ 267.74 | $ 267.74 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses  $ 35,719.33

Remaining Balance  $ 39,214.20

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 504,531.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | ILLINOIS DEPARTMENT OF REVENUE | $ 63,179.55 | $ 0.00 | $ 4,910.56 |
| 8 | DEPARTMENT OF THE TREASURY | $ 441,352.26 | $ 0.00 | $ 34,303.64 |

Total to be paid to priority creditors  $ 39,214.20

Remaining Balance  $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,844,774.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,884.14 | $ 0.00 | $ 0.00 |
| 2 | BANCO POPULAR OF NORTH AMERICA | $ 1,245.60 | $ 0.00 | $ 0.00 |
| 4 | BMO HARRIS BANK N. A. | $ 1,099,989.39 | $ 0.00 | $ 0.00 |
| 5 | CAPITAL ONE BANK (USA), N.A. | $ 4,093.19 | $ 0.00 | $ 0.00 |
| 6 | MUCH SHELIST, P.C. | $ 24,281.99 | $ 0.00 | $ 0.00 |
| 7 | SHAW FISHMAN GLANTZ & TOWBIN LLC | $ 18,745.33 | $ 0.00 | $ 0.00 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 20,277.11 | $ 0.00 | $ 0.00 |
| 10 | CACH ,LLC | $ 4,470.29 | $ 0.00 | $ 0.00 |
| 11 | CACH ,LLC | $ 11,484.24 | $ 0.00 | $ 0.00 |
| 12 | KEYNOTE CONSULTING INC | $ 1,414.80 | $ 0.00 | $ 0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 5,562.87 | $ 0.00 | $ 0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 12,071.36 | $ 0.00 | $ 0.00 |
| 16 | CAPITAL ONE BANK (USA), N.A. | $ 5,141.85 | $ 0.00 | $ 0.00 |
| 17 | NORTH PORT UTILITIES | $ 1,308.27 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | BANKERS HEALTHCARE GROUP INC | $ 217,049.54 | $ 0.00 | $ 0.00 |
| 19 | CHICAGO TITLE INSURANCE COMPANY | $ 2,414,446.60 | $ 0.00 | $ 0.00 |
| 20 | NORTH PORT UTILITIES | $ 1,308.27 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors     $ 0.00

Remaining Balance     $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Brenda Porter Helms
                                    Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# Northern District of Illinois
# Claims Register

## 13-48387 Carlos G. Baldoceda and Margarita A. Baldoceda Converted 03/18/2014

**Honorable Judge:** Janet S. Baer  
**Chapter:** 7  
**Office:** Eastern Division  
**Last Date to file claims:** 04/14/2015  
**Trustee:** Brenda Porter Helms ESQ  
**Last Date to file (Govt):** 04/14/2015

| Creditor: (21374759)<br>Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Claim No: 1<br>Original Filed Date: 12/31/2013<br>Original Entered Date: 12/31/2013 | Status:<br>Filed by: CR<br>Entered by: Dhar S Sandhu<br>Modified: |
|---|---|---|

| Amount claimed: | $1884.14 | |
|---|---|---|

**History:**

| Details | 1-1 | 12/31/2013 | Claim #1 filed by Quantum3 Group LLC as agent for, Amount claimed: $1884.14 (Sandhu, Dhar) |
|---|---|---|---|

**Description:** (1-1) Unsecured Debt  
**Remarks:**

| Creditor: (21393684)<br>Banco Popular of North America<br>8523 Commodity Cir Ste 100<br>Orlando FL 32819 | Claim No: 2<br>Original Filed Date: 01/07/2014<br>Original Entered Date: 01/08/2014 | Status:<br>Filed by: CR<br>Entered by: Claudia Cabrales<br>Modified: |
|---|---|---|

| Amount claimed: | $1245.67 |
|---|---|
| Secured claimed: | $1245.60 |

**History:**

| Details | 2-1 | 01/07/2014 | Claim #2 filed by Banco Popular of North America, Amount claimed: $1245.67 (Cabrales, Claudia) |
|---|---|---|---|
| | 164 | 02/02/2018 | Notice of Motion and Motion to Determine Amount of Secured Claim 2. Value of the property is less than the amount of the secured claimed. Filed by Brenda Porter Helms ESQHearing scheduled for 2/16/2018 at 11:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Helms, Brenda) |
| | 174 | 03/02/2018 | Order Granting Motion To Determine Amount of Secured Claim 2 (Related Doc # 164). Signed on 3/2/2018. (Chavez, Baldo) |

**Description:**  
**Remarks:**

| Creditor: (21346720)<br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | **Claim No: 3**<br>*Original Filed Date:* 01/08/2014<br>*Original Entered Date:* 01/08/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Sharity Woods<br>*Modified:* |
|---|---|---|

| Amount | claimed: | $70124.75 |
|---|---|---|
| Priority | claimed: | $63179.55 |

*History:*

| Details | 3-1 | 01/08/2014 | Claim #3 filed by Illinois Department of Revenue, Amount claimed: $70124.75 (Woods, Sharity) |
|---|---|---|---|

*Description:* (3-1) IL Individual Income Tax

*Remarks:*

| Creditor: (21346687) History<br>BMO Harris Bank N.A.<br>P.O Box 2035<br>Milwaukee, WI 53201  Claimant<br>History | **Claim No: 4**<br>*Original Filed Date:* 01/16/2014<br>*Original Entered Date:* 01/16/2014<br>*Last Amendment Filed:* 03/01/2018<br>*Last Amendment Entered:* 03/01/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Daniel Rubin<br>*Modified:* 03/02/2018 |
|---|---|---|

| Amount | claimed: | $1099989.39 |
|---|---|---|

*History:*

| Details | 4-1 | 01/16/2014 | Claim #4 filed by BMO Harris Bank N. A., Amount claimed: $2480696.96 (Fank, Margaret) |
|---|---|---|---|
|  | 165 | 02/02/2018 | Notice of Motion and Motion to Determine Amount of Secured Claim 4. Value of the property is less than the amount of the secured claimed. Filed by Brenda Porter Helms ESQHearing scheduled for 2/16/2018 at 11:00 AM at Kane Courthouse, 100 S 3rd Street, Courtroom 240, Geneva, Illinois 60134. (Attachments: # 1 Exhibit A # 2 Proposed Order) (Helms, Brenda) |
| Details | 4-2 | 03/01/2018 | Amended Claim #4 filed by BMO Harris Bank N.A., Amount claimed: $1099989.39 (Rubin, Daniel) |
|  | 173 | 03/02/2018 | (E)Order Withdrawing Motion To Determine Amount of Secured Claim 4 (Related Doc # 165). Signed on 3/2/2018. (Chavez, Baldo) |

*Description:* (4-1) 224 Indian Trail Rd., Oakbrook, IL

*Remarks:* (4-2) Modified on 3/2/2018 to correct creditors address (OZ)

| Creditor: (21427185)<br>Capital One Bank (USA), N.A. | **Claim No: 5**<br>*Original Filed Date:* 01/17/2014 | *Status:*<br>*Filed by:* CR |
|---|---|---|

*History:*

| Details | 5-1 | 01/17/2014 | Claim #5 filed by Capital One Bank (USA), N.A., Amount claimed: $4093.19 (Matchett, Amanda) |
|---|---|---|---|

*Description:*

*Remarks:*

| | | |
|---|---|---|
| PO Box 71083<br>Charlotte, NC 28272-1083 | Original Entered Date: 01/17/2014 | Entered by: Amanda F Matchett<br>Modified: |

| Amount claimed: | $4093.19 |
|---|---|

History:

| Details | 5-1 | 01/17/2014 | Claim #5 filed by Capital One Bank (USA), N.A., Amount claimed: $4093.19 (Matchett, Amanda) |
|---|---|---|---|

Description:

Remarks:

| | | |
|---|---|---|
| Creditor: (21466509)<br>Much Shelist, P.C.<br>c/o Norman B. Newman<br>191 N. Wacker Dr., #1800<br>Chicago, IL 60606 | Claim No: 6<br>Original Filed Date: 01/29/2014<br>Original Entered Date: 01/29/2014 | Status:<br>Filed by: CR<br>Entered by: Norman B Newman<br>Modified: |

| Amount claimed: | $24281.99 |
|---|---|

History:

| Details | 6-1 | 01/29/2014 | Claim #6 filed by Much Shelist, P.C., Amount claimed: $24281.99 (Newman, Norman) |
|---|---|---|---|

Description:

Remarks:

| | | |
|---|---|---|
| Creditor: (21346738) History<br>Shaw Fishman Glantz & Towbin LLC<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60657 | Claim No: 7<br>Original Filed Date: 02/04/2014<br>Original Entered Date: 02/04/2014 | Status:<br>Filed by: CR<br>Entered by: Kevin M Hyde<br>Modified: 02/05/2014 |

| Amount claimed: | $18745.33 |
|---|---|

History:

| Details | 7-1 | 02/04/2014 | Claim #7 filed by Shaw Fishman Glantz & Towbin LLC, Amount claimed: $18745.33 (Hyde, Kevin) |
|---|---|---|---|

Description: (7-1) Modified on 2/5/2014 to correct creditor address (CC)

Remarks:

| | | |
|---|---|---|
| Creditor: (21346703) History<br>Department of the Treasury<br>Internal Revenue Service | Claim No: 8<br>Original Filed Date: 02/19/2014<br>Original Entered | Status:<br>Filed by: CR<br>Entered by: Bruce Hayes<br>Modified: 02/20/2014 |

History:

| Details | 8-1 | 02/19/2014 | Claim #8 filed by Department of the Treasury, Amount claimed: $796104.23 (Hayes, Bruce) |
|---|---|---|---|

Description:

Remarks: (8-1) MODIFIED ON 02/20/2014 TO CORRECT ADDRESS (WE)

| POB 7346 Philadelphia, PA 19101-7346 | Date: 02/19/2014 | |
|---|---|---|
| Amount claimed: $796104.23 | | |
| Secured claimed: $308127.27 | | |
| Priority claimed: $441352.26 | | |

| History: | | | |
|---|---|---|---|
| Details | 8-1 | 02/19/2014 | Claim #8 filed by Department of the Treasury, Amount claimed: $796104.23 (Hayes, Bruce) |

Description:

Remarks: (8-1) MODIFIED ON 02/20/2014 TO CORRECT ADDRESS (WE)

| Creditor: (23219053) Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541  Claimant History | Claim No: 9 Original Filed Date: 02/27/2014 Original Entered Date: 02/27/2014 | Status: Filed by: CR Entered by: Dolores Garcia Modified: |
|---|---|---|

| Amount claimed: $20277.11 | | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 9-1 | 02/27/2014 | Claim #9 filed by CAPITAL ONE, N.A., Amount claimed: $20277.11 (Garcia, Dolores) |
| | 112 | 04/27/2015 | Transfer of Claim. Transferor: CAPITAL ONE, N.A. (Claim No. 9, Amount 20277.11) To Portfolio Recovery Associates, LLC Fee Amount $25 Filed by PRA Receivables Management, LLC. Objections due by 05/18/2015. (Garcia, Dolores) |

Description:

Remarks:

| Creditor: (21581093) CACH ,LLC 4340 S. MONACO STREET, 2ND FLOOR DENVER, CO 80237 | Claim No: 10 Original Filed Date: 02/27/2014 Original Entered Date: 02/27/2014 | Status: Filed by: CR Entered by: Larisa Pavlyut Modified: |
|---|---|---|

| Amount claimed: $4470.29 | | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 10-1 | 02/27/2014 | Claim #10 filed by CACH ,LLC, Amount claimed: $4470.29 (Pavlyut, Larisa) |

Description:

Remarks:

| : | | |
|---|---|---|

| History: | | | |
|---|---|---|---|
| Details | 11-1 | 02/27/2014 | Claim #11 filed by CACH ,LLC, Amount claimed: $11484.24 (Pavlyut, Larisa) |

Description:

Remarks:

| Creditor: (21581093)<br>CACH ,LLC<br>4340 S. MONACO STREET, 2ND FLOOR<br>DENVER, CO 80237 | **Claim No: 11**<br>Original Filed Date: 02/27/2014<br>Original Entered Date: 02/27/2014 | Status:<br>Filed by: CR<br>Entered by: Larisa Pavlyut<br>Modified: |
|---|---|---|
| Amount claimed: $11484.24 | | |
| History: | | |
| Details 11-1 02/27/2014 | Claim #11 filed by CACH ,LLC, Amount claimed: $11484.24 (Pavlyut, Larisa) | |
| Description: | | |
| Remarks: | | |

| Creditor: (21588011)<br>Keynote Consulting Inc<br>220 Campus Dr #102<br>Arlington Heights IL 60004 | **Claim No: 12**<br>Original Filed Date: 02/27/2014<br>Original Entered Date: 02/28/2014 | Status:<br>Filed by: CR<br>Entered by: Claudia Cabrales<br>Modified: |
|---|---|---|
| Amount claimed: $1414.80 | | |
| History: | | |
| Details 12-1 02/27/2014 | Claim #12 filed by Keynote Consulting Inc, Amount claimed: $1414.80 (Cabrales, Claudia) | |
| Description: | | |
| Remarks: | | |

| Creditor: (21627659)<br>Portfolio Recovery Associates, LLC successor to FIA CARD SERVICES, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | **Claim No: 13**<br>Original Filed Date: 03/10/2014<br>Original Entered Date: 03/10/2014 | Status:<br>Filed by: CR<br>Entered by: Dolores Garcia<br>Modified: |
|---|---|---|
| Amount claimed: $5562.87 | | |
| History: | | |
| Details 13-1 03/10/2014 | Claim #13 filed by Portfolio Recovery Associates, LLC, Amount claimed: $5562.87 (Garcia, Dolores) | |
| Description: | | |
| Remarks: | | |

| Creditor: (21627659)<br>Portfolio Recovery Associates, LLC | **Claim No: 14**<br>Original Filed | Status:<br>Filed by: CR |
|---|---|---|
| History: | | |
| Details 14-1 03/18/2014 | Claim #14 filed by Portfolio Recovery Associates, LLC, Amount claimed: $12071.36 (Garcia, Dolores) | |
| Description: | | |
| Remarks: | | |

| | | |
|---|---|---|
| successor to FIA CARD SERVICES, N.A.<br>PO Box 41067<br>Norfolk, VA 23541 | *Date:* 03/18/2014<br>*Original Entered Date:* 03/18/2014 | *Entered by:* Dolores Garcia<br>*Modified:* |

Amount claimed: $12071.36

History:

| Details | 14-1 | 03/18/2014 | Claim #14 filed by Portfolio Recovery Associates, LLC, Amount claimed: $12071.36 (Garcia, Dolores) |
|---|---|---|---|

Description:

Remarks:

| | | |
|---|---|---|
| *Creditor:* (21810498)<br>Office of the US Trustee<br>**(ADMINISTRATIVE)**<br>219 S Dearborn St Room 873<br>Chicago, IL 60604 | **Claim No: 15**<br>*Original Filed Date:* 04/17/2014<br>*Original Entered Date:* 04/17/2014 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Dean C Harvalis<br>*Modified:* |

Admin claimed: $650.00

History:

| Details | 15-1 | 04/17/2014 | Claim #15 filed by Office of the US Trustee, Admin claimed: $650.00 (Harvalis, Dean) |
|---|---|---|---|
| | 177 | 08/03/2018 | Withdrawal of Claim(s): 15 Filed by Adam G. Brief on behalf of Patrick S Layng. (Brief, Adam) |

Description:

Remarks:

| | | |
|---|---|---|
| *Creditor:* (21427185)<br>Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Claim No: 16**<br>*Original Filed Date:* 02/02/2015<br>*Original Entered Date:* 02/02/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Amanda F Matchett<br>*Modified:* |

Amount claimed: $5141.85

History:

| Details | 16-1 | 02/02/2015 | Claim #16 filed by Capital One Bank (USA), N.A., Amount claimed: $5141.85 (Matchett, Amanda) |
|---|---|---|---|

Description:

Remarks:

History:

| Details | 17-1 | 02/04/2015 | Claim #17 filed by North Port Utilities, Amount claimed: $1308.27 (Hamilton, Annette) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (22895824)<br>North Port Utilities<br>4970 City Hall Blvd.<br>North Port, FL 34286 | Claim No: 17<br>Original Filed Date: 02/04/2015<br>Original Entered Date: 02/05/2015 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: |
|---|---|---|
| Amount claimed: $1308.27 | | |

History:

| Details | 17-1 | 02/04/2015 | Claim #17 filed by North Port Utilities, Amount claimed: $1308.27 (Hamilton, Annette) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (23173572)<br>Bankers Healthcare Group Inc<br>c/o David A. Newby<br>Coman & Anderson, P.C.<br>650 Warrenville, Ste. 500<br>Lisle, IL 60532 | Claim No: 18<br>Original Filed Date: 04/14/2015<br>Original Entered Date: 04/14/2015<br>Last Amendment Filed: 04/15/2015<br>Last Amendment Entered: 04/15/2015 | Status:<br>Filed by: CR<br>Entered by: David A. Newby<br>Modified: 04/15/2015 |
|---|---|---|
| Amount claimed: $217049.54 | | |

History:

| Details | 18-1 | 04/14/2015 | Claim #18 filed by Bankers Healthcare Group Inc, Amount claimed: $217049.54 (Newby, David) |
|---|---|---|---|
| Details | 18-2 | 04/14/2015 | Amended Claim #18 filed by Bankers Healthcare Group Inc, Amount claimed: $217049.54 (Newby, David) |
| Details | 18-3 | 04/15/2015 | Amended Claim #18 filed by Bankers Healthcare Group Inc, Amount claimed: $217049.54 (Newby, David) |

Description:
Remarks: (18-2) Incorrect PDF, Filer Notified to Re-file (ah)

| Creditor: (23173677)<br>Chicago Title Insurance Company<br>c/o Richard W. McLaren, Jr.<br>Fidelity National Law Group<br>10 S. LaSalle St., Suite 2750<br>Chicago, IL 60603 | Claim No: 19<br>Original Filed Date: 04/14/2015<br>Original Entered Date: 04/14/2015 | Status:<br>Filed by: CR<br>Entered by: Maria A Diakoumakis<br>Modified: |
|---|---|---|
| Amount claimed: $2414446.60 | | |

History:

| Details | 19-1 | 04/14/2015 | Claim #19 filed by Chicago Title Insurance Company, Amount claimed: $2414446.60 (Diakoumakis, Maria) |
|---|---|---|---|

Description:
Remarks:

| Creditor: (22895824)<br>North Port Utilities<br>4970 City Hall Blvd.<br>North Port, FL 34286 | Claim No: 20<br>Original Filed<br>Date: 05/05/2015<br>Original Entered<br>Date: 05/06/2015 | Status:<br>Filed by: CR<br>Entered by: Greg Beemster<br>Modified: |
|---|---|---|
| Amount claimed: $1308.27 | | |